IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3102 |
| v. | ) | |
| | ) | |
| ANDRANETTE FOSTER, | ) | |
| | ) | ORDER |
| | ) | |

IT IS ORDERED:

Defendant's motion to continue, filing 25, is granted and the arraignment on the Superseding Indictment is continued until the next scheduled appearance of the defendant.

DATED this 5th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge