```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>          Plaintiffs,             )<br>                                  )           4:06CR3102<br>     v.                           )<br>                                  )<br>ANDRANETTE FOSTER,                )<br>                                  )              ORDER<br>          Defendant.              )<br>                                  ) | |

IT IS ORDERED:

Defendant's motion to extend motion deadline and hearing, filing 30, is granted and,

1.  The pretrial motion deadline is extended to October 9, 2006, and if an evidentiary hearing is necessary, it will be scheduled at a later date.

2.  Upon the defendant's statement that a speedy trial waiver will be filed, the court finds that the ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, (the time between September 13, 2006 and October 9, 2006) shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge