```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3102 |
| v. | ) | |
| | ) | |
| ANDRANETTE FOSTER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant Foster's motion, filing 62, to adopt the supplemental brief of co-defendant Lathon Wider is granted.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge