IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3102 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ANDRANETTE FOSTER and | ) | |
| LATHON WIDER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a report and recommendation by Magistrate Judge Piester (filing 70), recommending denial of Defendants' motions to suppress (filings 38, 43), and on Defendants' statements of objections (filings 71, 73), filed pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1).

I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law, the report and recommendation should be adopted and Defendants' statements of objections and motions to suppress should be denied in all respects.

Accordingly,

IT IS ORDERED that:

1. the Magistrate Judge's report and recommendation (filing 70) is adopted;

2. Defendants' objections (filings 71, 73) are denied; and

3. Defendants' motions to suppress (filings 38, 43) are denied in all respects.

March 19, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge