IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3102-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ANDRANETTE FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     Defendant Foster's unopposed motion to continue trial (filing 79) is granted.

(2)     Defendant Foster's case is removed from the undersigned United States District Judge's May 7, 2007 trial docket.

(3)     This matter is referred to Magistrate Judge Piester to reschedule for trial.

(4)     The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161(h)(1)(I) & (h)(8)(A)(B).

May 4, 2007.                    BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge