IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ADRANETTE FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that the defendant's sentencing is rescheduled to Tuesday, November 13, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, at the Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 24, 2007.           BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge